# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00457-CR
## NO. 03-13-00458-CR

**John Charles Terry, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 424TH JUDICIAL DISTRICT
### NOS. 39313 & 39321, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By order dated August 20, 2012, appellant John Charles Terry was placed on deferred adjudication community supervision after pleading guilty to two second-degree felony offenses of failure to comply with sex offender registration requirements. *See* Tex. Code Crim. Proc. arts. 42.12, § 3 (community supervision); 62.102 (failure to comply with registration requirements). In November 2012 and again in February 2013, the State moved to revoke his community supervision. On May 20, 2013, the district court determined that Terry violated the conditions of his supervision. The district court revoked his community supervision, adjudicated him guilty of both offenses, and sentenced him to twenty years of imprisonment for each offense, with the terms set to run concurrently. *See id.* art. 42.12, § 23 (revocation of community supervision).

Terry's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements

of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See id.*; *see also Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978). Terry's counsel certified that he sent a copy of the brief to Terry and advised him of his right to examine the appellate record and to file a pro se brief. *See Anders*, 386 U.S. at 744. Terry did not file a pro se brief and did not request an extension of time to do so.

We have reviewed the record and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009). We agree with counsel that this appeal is frivolous. The judgments of conviction are affirmed. Counsel's motion to withdraw in both cases is granted.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Affirmed

Filed: May 2, 2014

Do Not Publish